# CIVIL CALENDAR/MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### 5th FLOOR     TIME: 10:00 AM
### MAGISTRATE JUDGE JOHN J. O'SULLIVAN

Case No. 14-22811-CIV-ALTONAGA     Date: 10/15/14     End: 1:45

Clerk: Cherle R. Griffin     DAR No: 13:37:54

Court Reporter: N/A

Case Title: ZENEBE V. THE TJX COMPANIES, INC.

P. Attorney(s): MARTIN LEACH

D. Attorney(s): AARON REED

Reason for Hearing: SETTLEMENT

Result of Hearing: SETTLEMENT CONFERENCE HELD. Case settled. Order to follow.